**Order filed June 15, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-12-00012-CV
_____

**K&N BUILDERS SALES, INC., Appellant**

**V.**

**DENNIS BALDWIN AND ROSELLA BALDWIN, Appellees**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-64811**

## O R D E R

Appellant's brief was due **May 30, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits its brief, and a motion reasonably explaining why the brief was late, within thirty (30) days, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM